

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2015

No. 04-15-00145-CV

**INTEREST OF J.P,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00980
Honorable Richard Garcia, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on July 6, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2015.

Keith E. Hottle
Clerk of Court